UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT NJOS,                              :
                                         :
       Plaintiff                         :
                                         :
v.                                       :   CIVIL NO. 3:CV-12-1251
                                         :
BUREAU OF PRISONS,                       :   (Judge Kosik)
                                         :
       Defendant                         :

# ORDER

**AND NOW, THIS 30th DAY OF MARCH, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for counsel (Doc. 145) is **denied without prejudice**.

2. Plaintiff's motion to strike Defendant's brief in opposition to his motion for partial summary judgment (Doc. 138) is **denied**.

3. Plaintiff's objection to the Magistrate Judge's order of August 8, 2014 (Doc. 107) is construed to be a motion for reconsideration, and is **denied without prejudice**.

4. Plaintiff's motion for a mental status examination (Doc. 122) is **denied**.

5. Plaintiff's motion for leave to file a joint brief (Doc. 135) is **granted to the extent that** the Clerk of Court shall also docket Document 127 as Plaintiff's brief in reply to Defendant's brief in opposition to his motion for partial summary judgment (Doc. 103.)

6. Plaintiff's motion for injunctive relief (Doc. 167) is **denied**.

7. Defendant's motion for a protective order (Doc. 163) is **granted only to the**

      **extent that** within thirty (30) days from the date of this order, the parties shall each file a status report with the court outlining any outstanding unresolved discovery issues in accordance with the attached Memorandum.

8. The Clerk of Court is directed to **correct the docket** to reflect that Plaintiff's filing entitled "Motion Regarding Sufficiency of Answer and Objection" (Doc. 147) is a motion to compel.

9. Plaintiff's motion for relief/adjudication (Doc. 172) is **denied as moot**.

10. All remaining motions on the docket (Docs. 103, 109, 115, 124, 147, 150) are **stayed** pending receipt of the discovery status reports.

                                               s/Edwin M. Kosik
                                               EDWIN M. KOSIK
                                               United States District Judge