UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT NJOS,<br><br>              Plaintiff,<br><br>        v.<br><br>BUREAU OF PRISONS,<br><br>              Defendant. | CIVIL ACTION NO. 3:12-CV-1251<br><br>(Judge Kosik) |

## **ORDER**

AND NOW, THIS 28th DAY OF SEPTEMBER, 2015, IT IS HEREBY ORDERED THAT:

    (1) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on September 1, 2015 (Doc. 219) is **ADOPTED**;

    (2) Plaintiff's Motions for Summary Judgment and Partial Summary Judgment (Docs. 103, 124, 150 and 206) are **DENIED**;

    (3) Defendant's Motion to Strike (Doc. 211) is **DISMISSED as moot**; and,

    (4) Plaintiff's Motion Requesting Judicial Notice (Doc. 225) is **DENIED**.

                                                                            s/Edwin M. Kosik      
                                                                           Edwin M. Kosik<br>
                                                                           United States District Judge