UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____

SCOTT NJOS,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant.
_____

CIVIL ACTION NO. 3:12-CV-1251

(Judge Kosik)

## ORDER

AND NOW, THIS 25th DAY OF FEBRUARY, 2016, IT IS HEREBY ORDERED THAT:

 (1) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on September 28, 2015 (Doc. 232) is **ADOPTED**;

 (2) The Defendant's Motion for Summary Judgment (Doc. 109) is **DENIED without prejudice**;

 (3) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on October 6, 2015 (Doc. 242) is **ADOPTED**;

 (4) The Plaintiff's Motion for Reconsideration (Doc. 240) is **DENIED**;

 (5) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on October 27, 2015 (Doc. 262) is **ADOPTED**;

 (6) The Plaintiff's Motion to Recuse (Doc. 257) is **DENIED**;

 (7) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on October 27, 2015 (Doc. 263) is **ADOPTED**;

 (8) The Plaintiff's Motion to Certify Non-Final Order for Interlocutory Appeal (Doc. 259) is **DENIED**;

 (9) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on November 9, 2015 (Doc. 270) is **ADOPTED**;

  (10) The Plaintiff's Motion for Relief from an Order (Doc. 268) is **DENIED**; and,

  (11) The above-captioned action is **REFERRED** back to the Magistrate Judge for further proceedings.

                 s/Edwin M. Kosik
                 Edwin M. Kosik
                 United States District Judge