UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JAN 1 9 2017

PER _____
DEPUTY CLERK

SCOTT NJOS, :
:
    Plaintiff, :
:
v. : CIVIL NO. 3:12-CV-1251
:
BUREAU OF PRISONS, : (Judge Kosik)
:
    Defendant. :

## ORDER

AND NOW, THIS /8 TH DAY OF JANUARY, 2017, IT IS HEREBY ORDERED AS FOLLOWS:

1. The stay previously imposed and continued in the above matter until January 11, 2017, is **LIFTED** for the purposes of deciding the ripe motions addressed in the attached Memorandum. Plaintiff is to advise the court within ten (10) days if he has now received his legal materials in this action.

2. Plaintiff's motion to strike (Doc. 295) is **DENIED**.

3. Plaintiff's request for clarification/explanation (Doc. 307) is **GRANTED** only to the extent that the accompanying Memorandum explains the scope of the Magistrate Judge's Reports and Recommendations and the court orders adopting said Reports and Recommendations.

_/s/ Edwin M. Kosik_
EDWIN M. KOSIK
United States District Judge