UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

- 8 2017

PER _____
DEPUTY CLERK

SCOTT NJOS,

      Plaintiff,

v.

BUREAU OF PRISONS,

      Defendant.

CIVIL NO. 3:12-CV-1251

(Judge Kosik)

## ORDER

**AND NOW, THIS 8th DAY OF FEBRUARY, 2017,** in accordance with accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's Motion for Reconsideration/Objections (Doc. 316) is **DENIED**.

2. Plaintiff's Emergency Motion to Compel (Doc. 317) is **DENIED**.

3. Plaintiff's Status Report (Doc. 315) is construed as a motion for a sixty (60) day stay and is **GRANTED**.

4. This case is stayed for a period of sixty (60) days from the date of this order.

5. Plaintiff shall notify the court immediately when he receives his legal property in this matter.

EDWIN M. KOSIK
United States District Judge